FILED
April 4, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDRE WARREN, JR. <br><br> Defendant. | Case No. 2:22-cr-00058-DJC <br><br> **ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ANDRE WARREN, JR.</u> Case No. <u>2:22-cr-00058-DJC</u> Charges <u>18 USC § 371</u> from custody for the following reasons:

|       | |
|-------|---|
|       | Release on Personal Recognizance |
|       | Bail Posted in the Sum of $ _____ |
|       | Unsecured Appearance Bond $ _____ |
|       | Appearance Bond with 10% Deposit |
|       | Appearance Bond with Surety |
|       | Corporate Surety Bail Bond |
| X     | (Other): <u>Defendant temporarily released at 8:00 AM on 4/8/2024 to the custody of defense counsel Danica Mazenko or defense investigator Kristin Hansen, and return to Nevada County Jail no later than 5:00 PM on 4/8/2024. Defendant would travel from Nevada County Jail directly to home hospice location and return to jail.</u> |

Issued at Sacramento, California on April 4, 2024 at 9:00 AM

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney