PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00058 DJC |
|---|---|
| Plaintiff, | **ORDER TO REVOKE RELEASE ORDER** |
| v. | |
| ANDRE WARREN, JR., | COURT: Hon. Carolyn K. Delaney |
| Defendant. | |

**ORDER**

After reviewing the government's request to revoke release order, the Court hereby revokes the release orders as to the defendant, Andre Warren, Jr., issued at ECF Numbers 202 and 203.

Dated: April 5, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1