DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Andre Warren, Jr.

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 22-CR-00058-DJC |
| Plaintiff, | **WAIVER OF PERSONAL APPEARANCE** |
| v. | |
| ANDRE WARREN, JR., | |
| Defendant. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Andre Warren, Jr. hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon such critical stages as an arraignment, change of plea, empanelment of jury and imposition of sentence.

/////

- 1 -

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

Defense counsel will advise the United States Marshals at least two weeks before the defendant's presence is needed.

DATED:   May 21, 2024                    */s/ Andre Warren, Jr.*
                                         ANDRE WARREN, JR.
                                         Defendant


DATED:    May 21, 2024                   */s/ Danica Mazenko*
                                         DANICA MAZENKO
                                         Attorney for Defendant


(Original Signatures on File at Attorney's Office)




**IT IS SO ORDERED.**


DATED:  September 3, 2024        /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE