DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693

Attorney for Defendant
ANDRE WARREN, JR.

# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-00058-DJC-6 |
| Plaintiff, | |
| v. | STIPULATION AND FINDINGS AND ORDER AMENDING THE PRESENTENCE REPORT DISCLOSURE SCHEDULE |
| ANDRE WARREN, JR., | |
| Defendant. | DATE: May 1, 2025<br>TIME: 9:00 a.m. |

## STIPULATION

Andre Warren, Jr., through his counsel of record, and Assistant United States Attorney Alexis Klein, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on January 23, 2025. ECF 246.

2. The draft presentence report (PSR) was due no later than March 20, 2025. ECF 247. The parties did not receive the draft PSR until April 1, 2025. The parties need time to review the draft PSR, research and file any objections, and the defense needs time to also discuss and review the PSR with the defendant.

1

3.     By this stipulation, the parties jointly request to amend the PSR disclosure schedule to allow for informal and formal objections to the PSR prior to sentencing. The parties respectfully request the following modified PSR schedule:

| | |
|---|---|
| Reply, or Statement of Non-Opposition: | April 25, 2025 |
| Formal Objections to the Presentence Report shall be filed with the Court and disclosed to counsel no later than: | April 22, 2025 |
| The Final Presentence Report shall be filed no later than: | April 15, 2025 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | April 8, 2025 |

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 2, 2025              /s/Danica Mazenko
                                  DANICA MAZENKO
                                  Attorney for Defendant
                                  ANDRE WARREN, JR.


Dated: April 2, 2025              /s/Alexis Klein
                                  ALEXIS KLEIN
                                  Assistant United States Attorney
.

**FINDINGS AND O R D E R**

The Court, having received, read, and considered the parties' stipulation, adopts the parties' stipulation in its entirety as its order. The Court amends the schedule for disclosure of the Presentence Report as follows:

| | |
|---|---|
| Reply, or Statement of Non-Opposition: | April 25, 2025 |
| Formal Objections to the Presentence Report shall be filed with the Court and disclosed to counsel no later than: | April 22, 2025 |
| The Final Presentence Report shall be filed no later than: | April 15, 2025 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | April 8, 2025 |

IT IS SO FOUND AND ORDERED.

Dated: April 4, 2025            /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE